# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                           Case No.: 2–04–bk–22365–RTB

HOLLY NICOLE GONZALEZ                            Chapter: 7
3411 N. 16TH STREET #2007
PHOENIX, AZ 85016
**SSAN:** xxx–xx–5035
**EIN:**

Debtor(s)

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Date:** April 18, 2005                          BY THE COURT

**Address of the Bankruptcy Clerk's Office:**     HONORABLE Redfield T. Baum Sr.
U.S. Bankruptcy Court, Arizona                    United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1706
Telephone number:  (602) 682–4000
www.azb.uscourts.gov

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.


**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0970-2          User: admin              Page 1 of 1          Date Rcvd: Apr 19, 2005
Case: 04-22365                Form ID: b18             Total Served: 29
```

```
The following entities were served by first class mail on Apr 21, 2005.
db       +HOLLY NICOLE GONZALEZ,    3411 N. 16TH STREET #2007,   PHOENIX, AZ 85016-7171
aty      +LEONARD V. SOMINSKY,   LASITER & SOMINSKY, PLLC,   ONE EAST CAMELBACK RD.,   SUITE 660,
          PHOENIX, AZ 85012-1651
aty      +MARK 2 BOSCO,   TIFFANY & BOSCO, P.A.,   2525 EAST CAMELBACK ROAD,   SUITE 300,
          PHOENIX, AZ 85016-9240
tr        CHARLES L. RILEY, JR.,   P.O. BOX 6640,   CHANDLER, AZ  85246-6640
cr        C/O MARK S. BOSCO COUNTRYWIDE HOME LOANS,   TIFFANY & BOSCO, P.A.,   C/O MARK S. BOSCO,
          2525 E CAMELBACK RD., STE. 300,   ESPLANADE II,   PHOENIX, AZ  85016-4237
5646370  +AMEX,   PO Box 297871,   Fort Lauderdale FL 33329-7871
5646372  +Banna Republic/MCCBG,   P.O. Box 29116,   Shawnee Mission KS 66201-1416
5646373  +CB USA Sears,   P.O. Box 6189,   Sioux Falls SD 57117-6189
5737852  +COUNTRYWIDE HOME LOANS,   TIFFANY & BOSCO, P.A. C/O MARK S. BOSCO,   2525 E. CAMELBACK RD. SUITE 300,
          ESPLANADE II,   PHOENIX, AZ 85016-4237
5750553  +COUNTRYWIDE HOME LOANS,   C/O MCCALLA, RAYMER ET AL,   BANKRUPTCY DEPT,   1544 OLD ALABAMA RD,
          ROSWELL GA 30076-2102
5646374  +Collection Service Bureau,   PO Box 310,   Scottsdale AZ 85252-0310
5646375   Countrywide Home Loans,   POB 5170,   Simi Valley CA 93062-5170
5646376  +Daniel N. Gordon, P.C.,   3390 W. 11th Ave, Suite D,   P.O. Box 22338,   Eugene OR 97402-0417
5646378  +Guglielmo & Associates,   P.O. Box 41688,   Tucson AZ 85717-1688
5646379  +H & L Medical Specialists,   3014 N. Hayden Rd, Ste 103,   Scottsdale AZ 85251-6531
5646380  +Household Bank,   PO Box 98706,   Las Vegas NV 89193-8706
5646381  +NCB Management Services, Inc.,   P.O. Box 1099,   Langhorne PA 19047-6099
5646382   RMA,   60 Adelaide St.East, 7th Floor,   Toronto, ON Canada, M5C3E4
5646383  +Robert Zanelli, CPA,   15230 N. 75th St., Ste 2100,   Scottsdale AZ 85260-2440
5646384   Scottsdale Healthcare,   PO Box 29689,   Phoenix AZ 85038-9689
5646385  +Sherman Acquisition TALP,   PO Box 10497,   Greenville SC 29603-0497
5678675  +TARGETNTNLBANK(FKARETAILERSNTNLBANK)-TARGET VISA,   TARGETNTNLBANK(FKARETAILERSNTNLBANK),
          C/O WEINSTEIN & RILEY, P.S.,   2101 4TH AVE., SUITE 900,   SEATTLE, WA 98121-2339
5820241   WILSHIRE CREDIT CORP,   PO BOX 8517,   PORTLAND OR 97207-8517
5646387  +Wilshire Credit Corporation,   1776  SW Madison St.,   Portland OR 97205-1715

The following entities were served by electronic transmission on Apr 20, 2005 and receipt of the transmission
was confirmed on:
smg      +EDI: AZDEPREV.COM Apr 19 2005 21:18:00   AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
          1600 W. MONROE, 7TH FL.,   PHOENIX, AZ 85007-2612
5677393   EDI: BECKLEE.COM Apr 19 2005 21:20:00   American Express Centurion Bank,
          Becket and Lee LLP, Attorneys/Agent,   P.O. Box 3001,   Malvern, PA 19355-0701
5646371  +EDI: BANKAMER.COM Apr 19 2005 21:21:00   Bank of America,   PO Box 2240,   Brea CA 92822-2240
5646377  +EDI: DISCOVER.COM Apr 19 2005 21:21:00   Discover,   P.O. Box 15316,   Wilmington DE 19850-5316
5646380  +EDI: HFC.COM Apr 19 2005 21:21:00   Household Bank,   PO Box 98706,   Las Vegas NV 89193-8706
5646386  +EDI: WTRRNBANK.COM Apr 19 2005 21:19:00   Target National Bank,   PO Box 9475,
          Minneapolis MN 55440-9475
                                                                              TOTAL: 6

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2005**                         **Signature:**    *Joseph Speetjens*